■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
RAMON REYNOSO, Appellant. [908 NYS2d 879]—

Judgment, Supreme Court, Bronx County (Margaret L.
Clancy, J.), rendered March 5, 2007, convicting defendant, after
a nonjury trial, of public lewdness, and sentencing him to a
term of 1 year's probation, unanimously affirmed.

The superceding information charging defendant with public
lewdness pursuant to Penal Law § 245.00 was facially sufficient.
The "public place" requirement was satisfied by allegations
that adequately described the premises (an entry vestibule), de-
fendant's conduct and the surrounding circumstances, so as to
warrant the inference that defendant committed a lewd act in a
place where he would likely be observed by casual passersby
(see People v McNamara, 78 NY2d 626 [1991]). Concur—Sweeny,
J.P., Freedman, Richter, Manzanet-Daniels and Román, JJ.